April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CONTINENTAL CARBON COMPANY, Appellant

NO. 14-11-00162-CV                    V.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellee

_____

This cause, an appeal from the final judgment confirming the arbitration award in favor of appellee, National Union Fire Insurance Company of Pittsburgh, signed January 31, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Continental Carbon Company, to pay all costs incurred in this appeal. We further order this decision certified below for observance.